# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:20-mj-44-EJY |
| | ) | |
| CHRISTOPHER JAMES | ) | Charging District: South Dakota-West. Div. |
| Defendant | ) | Charging District's Case No. 19-cr-50167 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States Courthouse<br>515 Ninth Street, Room 302<br>Rapid City, SD 57701 | Courtroom No.: TBD |
|---|---|---|
| | | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: January 30, 2020

_____
Judge's signature

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*



```
___FILED        ___RECEIVED
___ENTERED      ___SERVED ON
      COUNSEL/PARTIES OF RECORD

         JAN 3 0 2020

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```